UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEBORAH ZIMMERMAN,

                              Plaintiff,

          -against-

NEW YORK CITY DEPARTMENT OF
EDUCATION/EEOC,

                              Defendants.

24cv5387 (LTS)

CIVIL JUDGMENT

         For the reasons stated in the July 7, 2025, order, this action is dismissed. The Court

certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be

taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge*

*v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

 Dated:    July 8, 2025
           New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                          Chief United States District Judge